UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

D-1 WIMBLEY CANNON,

    Defendant.
_____/

Case: 5:21−cr−20211
Assigned To : Levy, Judith E.
Referral Judge: Grand, David R.
Assign. Date : 3/25/2021
Description: INFO USA V. CANNON (NA)

## INFORMATION

THE GRAND JURY CHARGES:

### COUNT ONE

*(18 U.S.C. § 922(g)(1) - Felon in possession of a firearm)*

D-1 WIMBLEY CANNON

That on or about May 7, 2019, in the Eastern District of Michigan, Southern Division, the defendant, WIMBLEY CANNON, after having been convicted of a crime punishable by a term of imprisonment exceeding one year, a felony offense, and knowing that he had been previously convicted of a crime punishable by a term of imprisonment exceeding one year, a felony offense, did knowingly and unlawfully possess a firearm, to-wit: one Taurus, Spectrum, .380 caliber handgun, which was manufactured outside the State of Michigan and thus traveled in

interstate or foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO

*(21 U.S.C. § 841(a)(1)-(b)(1)(c) -
Possession with intent to distribute a controlled substance)*

D-1   WIMBLEY CANNON

On or about May 7, 2019, in the Eastern District of Michigan, Southern Division, defendant WIMBLEY CANNON did knowingly possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(c).

Pursuant to Title 21, United States Code, Section 841(b)(1)(E)(ii), it is further alleged that this violation involved cocaine base (also known as crack cocaine), a Schedule II controlled substance.

## COUNT THREE

*(21 U.S.C. § 841(a)(1)-(b)(1)(c) -
Possession with intent to distribute a controlled substance)*

D-1   WIMBLEY CANNON

On or about May 7, 2019, in the Eastern District of Michigan, Southern Division, defendant WIMBLEY CANNON did knowingly possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(c).

Pursuant to Title 21, United States Code, Section 841(b)(1)(E)(ii), it is further alleged that this violation involved cocaine, a Schedule II controlled substance.

## COUNT FOUR

*(21 U.S.C. § 841(a)(1)-(b)(1)(c) -*
*Possession with intent to distribute a controlled substance)*

D-1   WIMBLEY CANNON

On or about May 7, 2019, in the Eastern District of Michigan, Southern Division, defendant WIMBLEY CANNON did knowingly possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(c).

Pursuant to Title 21, United States Code, Section 841(b)(1)(E)(ii), it is further alleged that this violation involved heroin and fentanyl, Schedule I controlled substances.

## COUNT FIVE

*(18 U.S.C. § 924(c)(1)(A) –*
*Possession of a firearm in furtherance of a drug trafficking crime)*

D-1 WIMBLEY CANNON

On or about May 7, 2019, in the Eastern District of Michigan, the defendant, WIMBLEY CANNON did knowingly possess a firearm, that is, a Taurus Spectrum, .380 caliber handgun, in furtherance of a drug trafficking crime for

which he may be prosecuted in a court of the United States, that is, possession with intent to distribute a controlled substance; to-wit: cocaine base, cocaine, heroin and fentanyl; in violation of Title 18, United States Code, Section 924(c)(1)(A).

SAIMA S. MOHSIN
Acting United States Attorney

Matthew Roth
Chief, Major Crimes Unit
Assistant United States Attorney

Jeanine Brunson
Assistant United States Attorney

Date: March 25, 2021

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number<br>5:21−cr−20211 |
|---|---|---|

**NOTE:** It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** 19-20324 |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** Stephen J. Murphy, III |
| ☒ Yes   ☐ No | **AUSA's Initials:** JB |

**Case Title:** USA v. WIMBLEY CANNON

**County where offense occurred:** Wayne

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

    ____Indictment/ ✓ Information --- **no** prior complaint.
    ____Indictment/____Information --- based upon prior complaint [**Case number:**             ]
    ____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

March 25, 2021
    Date

*Jeanine Brunson*
Jeanine Brunson
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: (313) 226-9597
Fax:    (313) 226-2372
E-Mail address: jeanine.brunson@usdoj.gov
Attorney Bar #: P55429

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.